UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| KIDDCO, INC., | ) | |
|     Appellant, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| JOSEPH N. CALLAWAY, Trustee | ) | No. 5:07-CV-262-F |
|     Defendant. | ) | |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED AND DECREED** that the bankruptcy court's order dated March 26, 2007 is AFFIRMED.

**This Judgment Filed and Entered on March 16, 2010, and Electronically Served On:**

Nelson G. Harris via CM/ECF
Patsy A. Cook via CM/ECF
A. Scott McKellar via CM/ECF

March 16, 2010                        /s/ Dennis P. Iavarone
                                                       Clerk of Court